Certificate Number: 17572-PAM-DE-034274612

Bankruptcy Case Number: 20-01002



17572-PAM-DE-034274612

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 25, 2020</u>, at <u>7:29</u> o'clock <u>AM PDT</u>, <u>Clara L Bowman</u> completed a course on personal financial management given <u>by telephone</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>March 25, 2020</u>            By:   <u>/s/Leigh-Anna M Thompson</u>

                                                            Name: <u>Leigh-Anna M Thompson</u>

                                                            Title:  <u>Counselor</u>