UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In Re:                      CHAPTER 13

Clara L Bowman
       Debtor(s)                 CASE NO: 5:20-bk-01002

## NOTICE

The meeting of the creditors previously scheduled for 4/20/2020 for the above referenced debtors has been rescheduled.

**The rescheduled date time and location of the meeting of the creditors is:**

DATE: 6/8/2020     TIME: 10:00 AM

LOCATION: Meeting to be held by Video Conference

DATE: April 16, 2020                     Filed by: Robert Spielman
                                                                   PA ID 21489

## IN THE UNITED STATED BANKRUPTCY COURT

## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re  
Clara L Bowman

Case: 5:20-bk-01002

### CERTIFICATION OF SERVICE

I, Robert Spielman, of 29 East Main Street, Bloomsburg, PA 17815-1804 certify: that I am, and at all times hereinafter mentioned was, more than 18 years of age; that on the date set forth below, I served by first class mail, postage prepaid, or by electronic transmission notice of the Rescheduled 341 Meeting of the Creditors on all parties listed on the attached Mailing Matrix :

I certify under penalty of perjury that the foregoing is true and correct.

## LAW OFFICES OF ROBERT SPIELMAN, P.C.

*/s/ Robert Spielman*  
Robert Spielman  
29 E. Main Street  
Suite D  
Bloomsburg, PA 17815  
PA ID No. 21489  
Phone: 570-380-1072  
Fax: 570-784-3429  
E-mail: bobspielman@yahoo.com  
Attorney for debtor

Dated: April 16, 2020  
Bloomsburg, Pennsylvania

```
Label Matrix for local noticing          Bayview Loan Services              Clara L Bowman
0314-5                                   4425 Ponce Leon Blvd               1332 C Upper Raven Creek Rd
Case 5:20-bk-01002-RNO                   Miami, FL 33146-1873               Benton, PA 17814-7763
Middle District of Pennsylvania
Wilkes-Barre
Wed Apr 15 17:47:33 EDT 2020
Columbia County Prothonotary             Columbia County Sheriff            Charles J DeHart, III (Trustee)
35 W Main St                             35 W Main St                       8125 Adams Drive, Suite A
Bloomsburg, PA 17815-1702                Bloomsburg, PA 17815-1702          Hummelstown, PA 17036-8625


Frontier Communications                  Howard W Boman Jr                  Howard W Bowman Jr
Bankruptcy Dept                          1332 C Upper Creek Rd              1332 C Upper Raven Creek Rd
Middletown, NY 10940                     Benton, PA 17814-7763              Benton, PA 17814-7763


KML Law Group LLC                        PHFA                               Robert Spielman
James Warmbrodt                          211 North Front St                 29 E Main St
701 Market St Suite 5000                 Harrisburg, PA 17101-1466          Ste D
Philadelphia, PA 19106-1541                                                 Bloomsburg, PA 17815-1485


United States Trustee                    James Warmbrodt
228 Walnut Street, Suite 1190            701 Market Street Suite 5000
Harrisburg, PA 17101-1722                Philadephia, PA 19106-1541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Bayview Loan Servicing, LLC           End of Label Matrix
                                         Mailable recipients    13
                                         Bypassed recipients     1
                                         Total                  14
```