United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Clara L Bowman  
      Debtor

Case No. 20-01002-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 1     Date Rcvd: Jul 15, 2020  
                         Form ID: ntcnfhrg     Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2020.

```
db              +Clara L Bowman,    1332 C Upper Raven Creek Rd,    Benton, PA 17814-7763
5313047         +Bayview Loan Services,    4425 Ponce Leon Blvd,    Miami, FL 33146-1873
5313048         +Columbia County Prothonotary,    35 W Main St,    Bloomsburg, PA 17815-1702
5313049         +Columbia County Sheriff,    35 W Main St,    Bloomsburg, PA 17815-1702
5313050          Frontier Communications,    Bankruptcy Dept,    Middletown, NY 10940
5313051         +Howard W Boman Jr,    1332 C Upper Creek Rd,    Benton, PA 17814-7763
5313052         +Howard W Bowman Jr,    1332 C Upper Raven Creek Rd,    Benton, PA 17814-7763
5313053         +KML Law Group LLC,    James Warmbrodt,    701 Market St Suite 5000,    Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
5329475         +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 15 2020 20:16:06
                  Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                  Coral Gables, FL 33146-1873
5313054         +E-mail/Text: blegal@phfa.org Jul 15 2020 20:15:57      PHFA,    211 North Front St,
                  Harrisburg, PA 17101-1466
                                                                                              TOTAL: 2
```

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2020                                                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2020 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt     on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Robert  Spielman     on behalf of Debtor 1 Clara L Bowman bobspielman@yahoo.com,    rssecty@yahoo.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
|---|---|
| Clara L Bowman,<br><br>**Debtor 1** | Chapter 13<br><br>Case No. 5:20−bk−01002−RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **August 12, 2020** has been set for objections to confirmation of the Amended Plan. Any objections to confirmation of the Amended Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: August 19, 2020<br><br>Time: 09:30 AM |

A copy of the Amended Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 15, 2020 |

ntcnfhrg (03/18)