# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re  
Clara L Bowman  
  Debtor             Case No 5:20-bk-01002

## MOTION OF DEBTOR TO MODIFY PLAN

Clara L Bowman (the "Debtor"), by the Debtor's attorney, Robert Spielman, states the following:

1. The Debtor filed a petition for relief under Chapter 13, Title 11, United States Code, (the "Code") on March 15, 2020 (the "Filing Date").

2. A first amended plan was thereafter confirmed on August 19, 2020.

3. The confirmed plan provided for the payment of all allowed unsecured claims in full, and also for the curing of pre-petition arrearages owed on secured debt that encumbered her residence.

4. Because of the pandemic, the Debtor was laid off from her position at Dollar Tree in November 2020.

5. The Debtor has subsequently returned to work, but at reduced hours.

6. The proposed second amended plan therefore provides for a suspension of plan payments for six months, in order to allow the Debtor to catch up on her plan payments and her other expenses.

7. The proposed amended plan does continue, however, to provide for the payment of all allowed unsecured claims in full, and also for the curing of pre-petition arrearage owed on the secured debt.

8. Separately, the Debtor is requesting relief directly from the secured lenders under the provisions of the CARES Act, in order to deal with post-petition arrearages that have arisen with respect to her direct payments to those secured lenders.

9. A temporary suspension of plan payments is therefore warranted at this time.

10. The proposed modified plan is in accord with all applicable provisions of the Code.

  **WHEREFORE**, Debtor requests that the Court permit the modification of the plan, and that the Court grant such other relief as is just.

**LAW OFFICES OF ROBERT SPIELMAN, P.C.**


**/s/ Robert Spielman**
Robert Spielman
29 E Main St Suite D
Bloomsburg PA 17815-1485
PA ID No 21489
570-380-1072
FAX 570-784-3429
E-mail bobspielman@yahoo.com
Attorney for Debtor

Dated:  February 25, 2021
Bloomsburg, Pennsylvania